BEFORE THE SECOND DIVISION, APRIL 2, 1943

**No. 48161.**—Protest 824866–G of Mason Bros. & Tarlin (Boston).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the balloons in question are the same in all material respects as those the subject of Abstract 40493 the protest was sustained.

**No. 48162.**—Protests 910938–G, etc., of Albert Adams et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests. 

BEFORE THE SECOND DIVISION, APRIL 3, 1943

**No. 48163.**—Protests 777297–G, etc., of Biddle Purchasing Co. et al. (New York).

Opinion by TILSON, J. It was stipulated that certain of the brass shells in question are similar to those the subject of *New York Merchandise Co.* v. *United States* (C. D. 607). In accordance therewith they were held dutiable, as claimed, at 35 percent under paragraph 353 as parts of articles having as an essential feature an electrical element or device, such as signs.

**No. 48164.**—Protests 20121–K, etc., of Dunlap, Alpers & Mott (New York).

Opinion by TILSON, J. The hats in question, not blocked or trimmed, and not bleached, dyed, colored, or stained, were held dutiable under paragraph 1504 (b) (1), as claimed, on the authority of Abstract 46497 and in accordance with stipulation of counsel.

**No. 48165.**—Protests 92340–K, etc., of John Zimmermann Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and following *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) hats of hemp, not blocked or trimmed, and not bleached, dyed, colored, or stained, were held dutiable under paragraph 1504 (b) (1) as claimed.

**No. 48166.**—Protests 940919–G, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated that some of the hats in question consist of hemp hats the same as those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), and others consist of hats the same in all material respects as those involved in Abstract 46498. In accordance therewith they were held dutiable as hats of hemp, straw, grass, or ramie, not blocked or trimmed, and not bleached, dyed, colored, or stained, at 25 percent ad valorem under paragraph 1504 (b) (1) as claimed.